IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 25-cv-02450-CNS-SBP | Date: August 17, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DAVID ARMSTRONG<br>**Plaintiff** | *Dennis Green* |
| **v.** | |
| THE TOWN OF CASTLE ROCK<br>SCOTT SEUBERT<br>TAMMY KING<br>JEFF SAMUELSON<br>**Defendants** | *L. Kathleen Chaney* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

Argument given on [16] Defendants' Motion to Dismiss Pursuant to Fed. R.Civ.P. 12(b)(6) by Ms. Chaney and Mr. Green with questions from the Court.

The Court makes findings of fact, conclusions of law.

As outlined on the record, it is

**ORDERED: [16] Defendants' Motion to Dismiss Pursuant to Fed. R.Civ.P. 12(b)(6) is GRANTED.**

**Complaint is dismissed without prejudice. Amended complaint is due within 30 days.**

Parties are required to hold meaningful conferrals on future motions.

**ORDERED: Plaintiff's request to engage in discovery is DENIED. Discovery remains stayed.**

**Settlement conference with the Magistrate Judge is authorized.**

Court in Recess: 10:37 a.m. Hearing concluded. Total time in Court: 00:37